STATE OF NEW JERSEY v. EARL GIVENS.

December 22, 1981.

Petition for certification denied.

STATE OF NEW JERSEY v. WILLIAM THOMPSON.

December 22, 1981.

Petition for certification denied.

STATE OF NEW JERSEY v. STANLEY LEE TUCKER.

December 22, 1981.

Petition for certification denied.

STATE OF NEW JERSEY v. JOHN D. COTNEY.

December 22, 1981.

Petition for certification denied.

STATE OF NEW JERSEY v. LIZZIE DOTSON.

December 22, 1981.

Petition for certification denied. (See 181 *N.J.Super.* 142)